# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23  
REV. 1/90

IN UNITED STATES: ☒ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: USA vs. W. Ibourn

**FILED DEC 19 2007**  
MICHAEL W. DOBBINS  
CLERK, U.S. DISTRICT COURT

Magistrate Judge Sidney I. Schenkier

PERSON REPRESENTED (Show your full name): Brian Wilbourn

CHARGE/OFFENSE: 21 USC 841, 846 ☒ Felony ☐ Misdemeanor

1. ☒ Defendant—Adult
2. ☐ Defendant—Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS  
District Court: 07CR 843-2

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**  
Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed  
IF NO, give month and year of last employment: 1996  
How much did you earn per month $450  
If married is your Spouse employed? ☐ Yes ☐ No

**OTHER INCOME**  
Have you received within the past 12 months any income... ☐ Yes ☐ No  
IF YES, GIVE THE AMOUNT RECEIVED: $460/mo  
SOURCES: social security

**CASH**  
Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No

**PROPERTY**  
Do you own any real estate, stocks, bonds... ☐ Yes ☒ No

### OBLIGATIONS & DEBTS

**DEPENDENTS**  
MARITAL STATUS: ☒ SINGLE  
Total No. of Dependents: 4

**DEBTS & MONTHLY BILLS**  
APARTMENT OR HOME: Rent — Monthly Payt. $150  
4 children — as needed $50

I certify the above to be correct.



SIGNATURE OF DEFENDANT: Brian Wilbourn  
Date: 12/19/07

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.