## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843 - 2 | **DATE** | 12/21/2007 |
| **CASE TITLE** | United States of America vs. Brian Wilbourn | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Government's oral motion for detention is denied. The defendant is released on a $200,000.00 secured bond. The defendant is to post the security for the bond by 12/26/07.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|