UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 843-2 |
| | ) | Hon.  Joan Lefkow |
| BRIAN WILBOURN | ) | |

To:　Leonard Goodman
　　　53 W. Jackson Blvd, STE 1220
　　　Chicago, IL 60604

## NOTICE OF FILING

PLEASE TAKE NOTICE that on April 22, 2008, the undersigned filed the GOVERNMENT'S INFORMATION STATING PREVIOUS DRUG CONVICTION TO BE RELIED UPON IN SEEKING INCREASED PUNISHMENT, a copy of which is has been served upon you.

　　　　　　　　　　　　　　　　　　/s/ Kruti Trivedi
　　　　　　　　　　　　　　　　　　Kruti Trivedi
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　219 South Dearborn Street
　　　　　　　　　　　　　　　　　　Fifth Floor
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60604