Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843 - 2 | **DATE** | 6/9/2008 |
| **CASE TITLE** | United States of America vs. Brian Wilbourn | | |

Status hearing set for 6/18/08 is reset to 6/24/08 at 10:30 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|