# United States District Court, Northern District of Illinois

HHN

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843 - 2 | **DATE** | 8/11/2008 |
| **CASE TITLE** | United States of America vs. Brian Wilbourn | | |

**DOCKET ENTRY TEXT**

Enter order modifying conditions of bond to allow defendant to seek employment between the hours of 10:00 a.m. to 3:00 p.m. Monday-Wednesday; all other conditions of the bond are to stand.

Order attached.

Docketing to mail notices.



| | Courtroom Deputy Initials: | mm |
|---|---|---|

2008 AUG 11 PM 1:08

U.S. DISTRICT COURT