MHN

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) NO. 07 CR 843 <br> ) Hon. Sidney Schenkier, <br> ) Judge Presiding |
| vs. | ) |
| Brian Wilbourn, | ) |
| Defendant. | ) |

## AGREED ORDER

This unopposed oral motion coming before the Court, on defendant Brian Wilbourn's oral motion to modify defendant's bond. It is so granted.

IT IS HEREBY ORDERED THAT:

1. Bond is modified to allow defendant, Brian Wilbourn to seek employment;

2. Defendant is allowed to travel to and from prospective places of employment and home without detour between the hours of 10:00 a.m. and 3:00 p.m. Mondays, Tuesdays, and Wednesdays;

3. Defendant will check-in with Pre-trial Services officer weekly as to status of employment search;

4. Upon obtaining employment, Defendant will provide name, address, and telephone number of employer as well and the name and telephone number of Defendant's immediate supervisor;

5. Defendant shall provide works hours weekly to pretrial services; and

6. All other conditions of bond remain in force and in effect.

Entered: _____
Honorable Sidney I. Schenkier
U.S. Magistrate Judge

Dated: August 8, 2008